# **EXHIBIT A**

 **CT Corporation**

**Service of Process Transmittal**
01/05/2021
CT Log Number 538839987

| | |
|---|---|
| **TO:** | Stacy Walker<br>Fiesta Mart, Inc.<br>5444 Westheimer Rd, Suite 101<br>Houston, TX 77056 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Fiesta Mart, L.L.C.  (Domestic State: TX) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SOTERO REYES, PLTF. vs. FIESTA MART, LLC, DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 202083090 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/05/2021 at 03:38 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780132634786<br><br>Image SOP<br><br>Email Notification,  Stacy Walker  walkers@fiestamart.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**  Tue, Jan 5, 2021

**Server Name:**  Bobby Evans

| | |
|---|---|
| Entity Served | Fiesta Mart LLC |
| Agent Name | |
| Case Number | 2020-83090 |
| Jurisdiction | TX |



Receipt Number: 907235
Tracking Number: 73826673

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202083090

| | |
|---|---|
| PLAINTIFF: REYES, SOTERO | In the 152nd Judicial |
| vs. | District Court of |
| DEFENDANT: FIESTA MART LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: FIESTA MART LLC (AN ENTITY) MAY BE SERVED WITH PROCESS BY SERVING ITS REGISTERED

AGENT C T CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201-3136

Came To Hand:     ___/___/___

Delivered:     ___/___/___

By:

Attached is a copy of PLAINTIFFS ORIGINAL PETITION AND REQUEST FOR DISCLOSURE FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT.

This instrument was filed on December 29, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 30, 2020.



Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: JOSHUA HALL

Issued at request of:
CORDELL, BRENT MICHAEL
1225 NORTH LOOP WEST, SUITE 525
HOUSTON, TX  77008
713-739-1250

Bar Number: 24005953

1/12/2021 11:36 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49620290
By: KATINA WILLIAMS
Filed: 1/12/2021 11:36 AM

Receipt Number: 907235
Tracking Number: 73826673

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202083090

| | |
|---|---|
| PLAINTIFF: REYES, SOTERO | In the 152nd Judicial |
| vs. | District Court of |
| DEFENDANT: FIESTA MART LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: FIESTA MART LLC (AN ENTITY) MAY BE SERVED WITH PROCESS BY SERVING ITS REGISTERED

AGENT C T CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201-3136

    Attached is a copy of PLAINTIFFS ORIGINAL PETITION AND REQUEST FOR DISCLOSURE
FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT.

This instrument was filed on December 29, 2020, in the above numbered and styled
cause on the docket in the above Judicial District Court of Harris County, Texas, in
the courthouse in the City of Houston, Texas. The instrument attached describes the
claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
December 30, 2020.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: JOSHUA HALL

Issued at request of:
CORDELL, BRENT MICHAEL
1225 NORTH LOOP WEST, SUITE 525
HOUSTON, TX  77008
713-739-1250

Bar Number: 24005953



## CAUSE NO. 2020-83090

| | | |
|---|---|---|
| SOTERO REYES | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| FIESTA MART, LLC | § | |
| Defendant. | § | 152ND JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

On this day personally appeared **MITCHELL DRAEGER** who, being by me duly sworn, deposed and said:

"The following came to hand on Dec 30, 2020, 9:16 am,

**CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT,**

and was executed at 1999 BRYAN ST SUITE 900, DALLAS, TX 75201 within the county of DALLAS at 12:00 PM on Tue, Jan 05 2021, by delivering a true copy to the within named

**FIESTA MART, LLC BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM, BY DELIVERING IT TO TERRI A THONGSAVAT, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____

**MITCHELL DRAEGER**
Certification Number: PSC 7995 EXP.12-31-2021
Certification Expiration:

BEFORE ME, a Notary Public, on this day personally appeared **MITCHELL DRAEGER**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON JANUARY 8, 2021

_____

Notary Public, State of Texas



MALLORY J PERKINS
Notary Public
STATE OF TEXAS
ID#132087221
My Comm. Exp. July 16, 2023